# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEQUIEL CUEVAS AMANCIO,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT,<br>Respondent. | Case No. 1:26-cv-07253-KES-SAB-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 9, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On September 17, 2026, the assigned district judge denied the motion for TRO and referred the matter to the assigned magistrate judge for further proceedings, including the preparation of findings and recommendations on the petition. (ECF No. 7.)

///

///

///

///

///

Accordingly, the Court HEREBY ORDERS that within **THIRTY (30) days** of the date of service of this order, Petitioner may file a reply to Respondents' opposition.[1]

IT IS SO ORDERED.

Dated: **September 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] On September 16, 2026, Respondent filed an opposition to motion for injunctive relief and opposition to petition for writ of habeas corpus. (ECF No. 6.) Therein, Respondent states that "Respondent has no objection to the Court ruling on the underlying habeas petition." (Id. at 1.)